THE STATE EX REL. ADKINS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Adkins v. Indus. Comm.* (1998), 82 Ohio St.3d 387.]

(No. 96–540—Submitted June 9, 1998—Decided July 22, 1998.)

*Robert B. Liss,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis Rehor,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.